February 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THOMAS POOLE, Appellant

NO. 14-14-00115-CR                     V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion, appellant pay all costs incurred by reason of this appeal, and this decision be certified below for observance.